

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2014

No. 04-13-00859-CV

Leonard K. **HOSKINS**,
Appellant

v.

Colonel Clifton **HOSKINS** and Hoskins Inc.,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-03136
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

The Court Reporter's Notification of Late Record is this date GRANTED. The reporter's record is due on January 17, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court